UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

FRANCISCO JAVIER
GUTIERREZ-JUAREZ,

      Defendant,
_____/

Case No.: 2:25-CR-00056-SPC-KCD

## ORDER OF DETENTION AND DENYING DEFENDANT'S FIRST MOTION FOR BOND

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f) and in accordance with Defendant's First Motion for Bond (Doc. 23), a detention hearing was held. The Court considered Defendant's Motion, the Pretrial Services Report including the Immigration Detainer, the proffers and arguments of counsel, the witness testimony presented, the nature and circumstances of the offense, the weight of evidence against Defendant, and the other factors enumerated in 18 U.S.C. § 3142(g).

At the hearing, the Government moved to detain Defendant pending trial on the grounds that Defendant is a serious risk of flight.

The Court finds that the Government met its burden of proving by a preponderance of the evidence that Defendant is a flight risk and that no condition or combination of conditions will reasonably assure Defendant's

presence at trial. The following facts and circumstances require the Defendant to be detained pending trial:

1. As proffered by the Government at the hearing, the weight of the evidence against Defendant is great.

2. Defendant's criminal history includes one or more charges of fleeing, eluding, or evading law enforcement.

3. Defendant does not have a long-term residential history within the United States.

4. Defendant has significant family or other ties outside the United States.

5. Defendant lacks legal status in the United States.

6. Defendant is subject to removal or deportation after serving any period of incarceration.

Thus, the Court finds that no condition or combination of conditions of release will reasonably assure the appearance of the Defendant as required. This conclusion is based on the findings and analysis of the matters enumerated in 18 U.S.C. § 3142(g) as stated on the record in open court at the detention hearing.

Accordingly, the Court **ORDERS** that:

1. Defendant's First Motion for Bond is **DENIED.**

2. Defendant is detained pending trial.

3. Defendant is committed to the custody of the Attorney General or the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody

pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

**ENTERED** in Fort Myers, Florida on June 18, 2025.

Kyle C. Dudek
United States Magistrate Judge